UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | IN PROCEEDINGS UNDER CHAPTER 13 |
| Melvin E. Gordon | ) | CASE NO. 15 20314 |
| DEBTOR(S) | ) | March 30, 2015 |

### REQUEST FOR CONFIRMATION HEARING AND MOTION TO DISMISS

    Molly T. Whiton, Chapter 13 Standing Trustee herein, respectfully requests that a confirmation hearing be scheduled in the above-captioned case, and, in the event that the plan is not confirmable, moves for a dismissal of the case.

/S/ Molly T. Whiton
_____
Molly T. Whiton, Chapter 13 Trustee
Fed. ID. No. 02214
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
mtwhiton@mtwhiton.com

    This is to certify that a copy hereof was mailed, postage prepaid, on the above date, to the following:

**Debtor:**
Melvin E. Gordon
14 Hanley Lane
East Hartford, CT  06108

The following were served electronically:

**Debtor's Counsel:**
JEANETTE T. CHAMBERS, ESQ.
attorneychambers@sbcglobal.net

**U.S. Trustee**
USTPREGION02.NH.ECF@USDOJ.GOV

/S/ Molly T. Whiton
_____
Molly T. Whiton, Chapter 13 Trustee
Fed. ID. No. 02214
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860)527-6185
mtwhiton@mtwhiton.com

PLEASE SET FOR: 5/21/15