# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
March 31, 2015

In re:

Melvin E. Gordon(other names used by debtor: M.G. Interiors & Exterior Cont. LLC)
Last four digits of Social–Security No or other Individual Taxpayer–Identification No (ITIN): xxx–xx–1085
Debtor(s)

Case Number: 15–20314 asd
Chapter: 13

**NOTICE OF CONFIRMATION HEARING**

PLEASE TAKE NOTICE that a Confirmation Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **May 21, 2015** at **02:00 PM** to consider and act upon the following matter(s):

> **Motion to Confirm the Chapter 13 Plan, or in the alternative, Trustee's Motion to Dismiss Case For Failure to Propose a Confirmable Plan Filed by Molly T. Whiton, Trustee (Re: Doc #9)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not attend the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: March 31, 2015

For the Court

*Gary M. Gfeller*
Gary M. Gfeller
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – bjl